# EXHIBIT A

# Taxable Entity Search Results

## Franchise Tax Account Status
### As of : 11/18/2022 10:13:06

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| | |
|---|---|
| Name | AUTEL. US INC. |
| Texas Taxpayer Number | 32072859427 |
| Mailing Address | 36 HARBOR PARK DR PRT WASHINGTN, NY 11050-4651 |
| Right to Transact Business in Texas | ACTIVE |
| State of Formation | NY |
| Effective SOS Registration Date | 12/19/2019 |
| Texas SOS File Number | 0803498261 |
| Registered Agent Name | RICHARD ZENTENO |
| Registered Office Street Address | 3920 WALSH RANCH BLVD. ROUND ROCK, TX 78681 |