# EXHIBIT B

| | |
|---|---|
| **From:** | Cristi White |
| **To:** | Tammy Overton |
| **Subject:** | [ServeManager] Job #8514663 Update |
| **Date:** | Friday, March 10, 2023 10:17:06 AM |

# Attempted Serve

Cristi White shared a service notification with you:

## Details

**Process Server:** DANE RAY CUPPETT

**Date & Time:** Mar 9, 2023, 7:37 pm CST

**Service Type:** Bad Address

**Description of Service:**

Rang bell and door was answered by an Indian male by the name of Anub. He states he does not know who Richard Zenteno is. He then stated it may have been a previous owner. No vehicles in the driveway. I then went to the neighbors home at 3916 Walsh Ranch Blvd. who confirmed Anub is the resident and she had never heard of Richard Zenteno. Please advise.

## Service Address

3920 WALSH RANCH BLVD, ROUND ROCK, TX 78681, WILLIAMSON

## Job & Case

**Job:** 8514663

**Priority:** Routine

**Due Date:** Mar 23, 2023

**Client Job:** 6:23-cv-00169-DAE

**Recipient:** AUTEL ROBOTICS LTD. BY DELIVERING TO ITS REGISTERED AGENT RICHARD ZENTENO

**Case:** 6:23-cv-00169-DAE

**Plaintiff:** IRON BIRD LLC

**Defendant:** AUTEL ROBOTICS LTD.

**Court:** IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT

OF TEXAS

**County:**

**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR INFRINGEMENT OF PATENT WITH EXHIBIT A & B

---

## Shared with you by:

Cristi White
A. P. S. Process Services
cristi@apsprocess.com
214-290-4639