# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **IRON BIRD LLC.,** | Civil Action No.: 6:23-cv-00169-DAE |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **AUTEL ROBOTICS LTD.,** | |
| Defendant. | |

## ORDER GRANTING MOTION FOR EXTENSION OF TO PERFECT SERVICE UPON DEFENDANT

This matter having come before this Court on Plaintiff's Motion for Extension of Time to Perfect Service Upon Defendant (ECF 6) and the same is well taken. Accordingly, Plaintiff's time to perfect service upon Defendant is hereby extended up through and including July 5, 2023.

IT IS SO ORDERED.

Dated: _____

                                                  David A. Ezra
                                                  Senior United States District Judge