IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IRON BIRD, LLC,<br>　　　　　Plaintiff,<br><br>vs.<br><br>AUTEL ROBOTICS, LTD.,<br>　　　　　Defendant.<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 6:23-CV-169-DAE |

FINAL ORDER FOR SERVICE

The matter before the Court is the status of the case. Plaintiff filed its Complaint against Defendant on March 7, 2023. (Dkt. # 1.) On June 6, 2023, Plaintiff filed a Motion for Extension of Time to Perfect Service, requesting an extension until July 5, 2023. (Dkt. # 6.) The Court granted the extension on June 7, 2023. The docket does not reflect that service has been successfully effectuated, nor has Plaintiff motioned the Court to indicate good cause for its failure to do so.

Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m).

Plaintiff is **ORDERED** to effectuate service **on or by August 4, 2023.** Failure to do so will result in the dismissal of the case.

**DATED:** Waco, Texas, July 10, 2023.

_____
David Alan Ezra
Senior United States District Judge