IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **IRON BIRD LLC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**AUTEL ROBOTICS LTD.,**<br><br>    Defendant,<br><br>and<br><br>**AUTEL ROBOTICS USA LLC,**<br><br>    New-Party Defendant. | Civil Action No.: 6:23-cv-00169-DAE |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Iron Bird LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all of the claims asserted against Defendant Autel Robotics Ltd. <u>only</u> in the within action WITHOUT PREJUDICE. Autel Robotics Ltd. has not served an answer or a motion for summary judgment.

The claims against Autel Robotics USA LLC remain.

Dated: July 11, 2023

                                              Respectfully submitted,

                                              SAND, SEBOLT & WERNOW CO., LPA

                                              <u>*/s/ Andrew S. Curfman*</u>
                                              Andrew S. Curfman (Bar No. 0090997)
                                              Aegis Tower – Suite 1100
                                              4940 Munson Street NW
                                              Canton, Ohio 44718
                                              Telephone: (330) 244-1174
                                              Facsimile: (330) 244-1173
                                              andrew.curfman@sswip.com

                                              ATTORNEY FOR PLAINTIFF